**No. 43298.**—Protests 11110–K(A), etc., of H. E. Sullivan & Co., Inc. (New York).

Opinion by Brown, J. On the record presented the protests were overruled.

**No. 43299.**—Protests 982878–G, etc., of American Cyanamid & Chemical Corp. et al. (New York).

Opinion by Brown, J. On the record presented the protests were overruled.

Before the First Division, March 1, 1940

**No. 43300.**—Protest 952175–G of Spanish American Skin Co. (New York).

Opinion by Brown, J. It was stipulated that the merchandise consists of chamois leather of the same character as that passed upon in *Steinberger* v. *United States* (3 Cust. Ct. 187, C. D. 229). The claim at 20 percent under paragraph 1530 (c) and the French Trade Agreement was therefore sustained.

**No. 43301.**—Protest 688556–G of M. Pressner & Co. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) rubber articles at 25 percent under paragraph 1537 (b), Abstracts 41517 and 25607 followed; (2) balls at 30 percent under paragraph 1502; and (3) squawker balloons like those the subject of Abstract 40493 at 45 percent under paragraph 409.

**No. 43302.**—Protest 11575–K of M. Pressner & Co. (New York).

Opinion by Tilson, J. It was stipulated that the merchandise consists of opera glasses similar to those involved in *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74). The claim at 35 percent under paragraph 228 was therefore sustained.

**No. 43303.**—Protest 9489–K of Strauss-Eckardt Co., Inc. (New York).

Opinion by Tilson, J. It was stipulated that the merchandise consists of harmonicas like those involved in Abstract 40586. The claim at 40 percent under paragraph 1541 was therefore sustained.

Before the Second Division, March 1, 1940

**No. 43304.**—Protest 287676–G of R. H. Macy & Co., Inc. (New York).

Opinion by Tilson, J. Normandy lace similar to that involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) was held dutiable at 75 percent under paragraph 1430 as claimed.